UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN DONALD ADAMS,

    Petitioner,               Civil No. 2:18-CV-13356
                                     HONORABLE DENISE PAGE HOOD
v.                                 CHIEF UNITED STATES DISTRICT JUDGE

JOHN DAVIS,

    Respondent,
_____/

## OPINION AND ORDER DENYING AS MOOT THE MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL

On May 2, 2019, this Court issued an opinion and order denying petitioner's application for writ of habeas corpus brought pursuant to 28 U.S.C. § 2254. This Court also denied petitioner a certificate of appealability, but granted petitioner leave to appeal *in forma pauperis*. Petitioner has now filed a motion to proceed *in forma pauperis* on appeal.

This Court already granted petitioner leave to appeal *in forma pauperis,* it is thus unnecessary for petitioner to again obtain permission to proceed *in forma pauperis* on appeal. Petitioner's current motion to proceed *in forma pauperis* on appeal [Dkt. # 17] will therefore be denied as moot. *See McMillan v. McKune,* 16 F. App'x. 896, 897 (10th Cir. 2001).

                                        s/Denise Page Hood
                                        CHIEF UNITED STATES DISTRICT JUDGE

Dated: June 28, 2019